[No. 10943-0-I.   Division One.   May 9, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. EZRA
SKEET DAVIS III, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 81-1-00250-8, William C. Goodloe, J., entered
November 5, 1981. *Affirmed* by unpublished opinion per
Scholfield, J., concurred in by Durham, A.C.J., and Williams, J.

[No. 9987-6-I.   Division One.   May 9, 1983.]

WALTER M. HARDMAN, ET AL, *Respondents*, v. BENJAMIN
H. MAYERS, ET AL, *Appellants,* CHG INTER-
NATIONAL, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 859736, Gerald G. Tuttle, J. Pro Tem., entered
February 18, 1981. *Affirmed in part, reversed in part,* and
*remanded* by unpublished opinion per Durham, A.C.J.,
concurred in by Williams and Ringold, JJ.

[No. 10117-0-I.   Division One.   May 9, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK
CHESTER WOODS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80-1-04040-1, Jack P. Scholfield, J., entered
March 12, 1981. *Affirmed* by unpublished opinion per
Corbett, J., concurred in by Williams, J., Ringold, J., dissenting.